JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ORLANDO GARCIA, | Case No. 2: :21-cv-02477-ODW (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CWI SANTA BARBARA HOTEL, LP et al, | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant;
2. Plaintiff's first cause of action, violation of the Americans with Disabilities Act, is dismissed on the merits and with prejudice;
3. The Court declines to exercise supplemental jurisdiction over Plaintiff's second cause of action, violation of the Unruh Civil Rights Act, and dismisses that claim without prejudice.

**IT IS SO ORDERED.**

September 7, 2021

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**